JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

James Laker

        Plaintiff,

v.

Newell Brands Inc. et al

        Defendants.

Case No.  CV 17-00933-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 3, 2017     _____

     HON. ANDRÉ BIROTTE JR.
     UNITED STATES DISTRICT JUDGE